IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER, | : |
|     Appellant, | : |
| | : |
| v. | :   No. 25-1423 |
| | : |
| COUNTY OF LANCASTER, *et al.*, | : |
|     Appellees. | : |

**APPELLEES' BRIEF IN SUPPORT OF DISMISSAL DUE TO JURISDICTIONAL DEFECT**

Appellees County of Lancaster, Tammy Bender, Jacqueline Pfursich, Joshua Parsons, Ray D'Agostino, and Christa Miller (together, "Appellees"), by and through their undersigned counsel, hereby respond to the letter docketed in this action on March 14, 2025 regarding dismissal of the above-captioned appeal for lack of appellate jurisdiction (Doc. No. 7).

Appellees agree that this Court lacks appellate jurisdiction in this matter, where Miller has immediately appealed an order dismissing his complaint with leave to amend as to certain claims and no judgment has been entered in the district court. The district court's order is not a final order that provides appellate jurisdiction in this Court. *See* Doc. No. 7 at 1; *see also, e.g.*, *Creamer v. Lynch*, No. 22-2174, 2022 WL 18028408, at *1 (3d Cir. Dec. 1, 2022) (dismissing appeal for lack of appellate jurisdiction and stating, in pertinent part "[w]e have jurisdiction over final orders under 28 U.S.C. § 1291" and that "[f]or jurisdiction to attach under § 1291, there must be a District Court decision that 'ends the litigation

1

on the merits and leaves nothing for the court to do but execute the judgment'" (quoting *Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978))).

In light of this indisputable jurisdictional problem, Appellees respectfully request that this Court dismiss the instant appeal for lack of appellate jurisdiction and reject any arguments from Miller to the contrary.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By: *Sarah H Staub*

Sarah Hyser-Staub, Esquire
Lauren Anthony
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 237-5473
sstaub@mcneeslaw.com
lanthony@mcneeslaw.com

*Counsel for Appellees*

Date: March 21, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all parties through the Court's Electronic Case Filing System.

_____
Sarah Hyser-Staub

*Counsel for Appellees*

Date: March 21, 2025