IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br><br>Appellant,<br><br>v.<br><br>COUNTY OF LANCASTER, *et al.*,<br>Appellees. | Case No. 25-1423<br><br>(D.C. No. 5:24-cv-05338) |

### NOTICE REGARDING WITHHELD FILING FEE PENDING JUDICIAL PANEL ASSIGNMENT AND JURISDICTIONAL RULING

TO THE HONORABLE COURT:

Plaintiff-Appellant Michael Miller respectfully submits this notice to clarify that the filing fee for this appeal has not yet been paid, pending formal assignment of a judicial panel and a ruling on the jurisdictional question raised by the Clerk's March 14, 2025 letter (Doc. 7) and fully addressed in Appellant's responsive filings.

Appellant does not waive or abandon the appeal, and expressly preserves all rights. The decision to withhold payment at this time is made in good faith to avoid the risk that the Court or Clerk will unilaterally quash the appeal on procedural grounds and retain the filing fee without affording judicial review—a concern heightened by the unusual procedural handling to date.

Appellant stands ready to remit the required fee upon:

1. Assignment of a judicial panel authorized to review jurisdiction and oversee the matter under FRAP 27; or

2. Entry of an order requiring payment within a defined time frame; or

3. Confirmation by the Court that the appeal will not be summarily dismissed on administrative grounds.

Appellant further reiterates that all jurisdictional arguments, constitutional claims, and objections to the Clerk's overreach have been preserved in the record. See Docs. 9, 10, 15, 16, and Appellant's Consolidated Response to Doc. 7.

**ATTACHMENT**

**Exhibit A** – Cover Letter to Clerk regarding Notice on Filing Fee

Respectfully Submitted,

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com

Dated: March 27, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, I served a true and correct copy of the foregoing Notice Regarding Withheld Filing Fee on all counsel of record via the Court's CM/ECF electronic filing system and/or by email, including:

    Sarah Hyser-Staub PA I.D. No. 315989
    Lauren Anthony, PA I.D. No. 324557
    100 Pine Street
    P.O. Box 1166
    Harrisburg, PA 17108-1166
    717-232-8000
    sstaub@mcneeslaw.com
    lanthony@mcneeslaw.com

    *Attorneys for Defendants*


Respectfully Submitted,

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com

Dated: March 27, 2025