IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant / Plaintiff,<br><br>v.<br><br><br>COUNTY OF LANCASTER, et al.<br>Appellees / Defendants. | Civ. No: 25-1423<br><br>(D.C. No: 5:24-cv-05338) |

**NOTICE OF RECORD DEFICIENCY AND PRESERVATION OF RULE 52(b) ISSUE**

Plaintiff–Appellant Michael Miller respectfully submits this notice to preserve an unresolved procedural defect in the district court record relevant to this appeal. This issue concerns the district court's failure to provide findings of fact and conclusions of law under Federal Rule of Civil Procedure 52(a) and its improper dismissal of Appellant's Motion for Findings of Fact and Clarification of Standards under Rule 52(b) (ECF No. 34) as "moot."

**I. Procedural History**

On February 24, 2025, Plaintiff–Appellant filed a Motion for Findings of Fact and Clarification of Legal Standards under Federal Rule of Civil Procedure

1

52(b) (ECF No. 34), requesting that the district court clarify the legal standards it intended to apply to the forthcoming ruling on Defendants' Motion to Dismiss. The motion specifically asked for findings on:

- Whether each count was dismissed under Rule 12(b)(1), 12(b)(6), or both;

- Whether Rule 12(d) applied due to use of extrinsic materials;

- Whether any legal conclusions were based on materials not within the pleadings;

- What legal threshold governed each count.

Rather than ruling on these questions or issuing the requested findings, the district court's March 7, 2025 Order (ECF No. 36) dismissed the Rule 52(b) motion as "moot" without discussion—despite issuing a mixed jurisdictional/merits dismissal and relying on extrinsic materials.

## II. Legal Grounds for Preservation

Appellant preserves this unresolved Rule 52 issue to support appellate review of a procedurally deficient and potentially ultra vires dismissal. The district court's refusal to rule on Appellant's Rule 52(b) motion—combined with its failure

to issue clear findings regarding the legal basis for dismissal—has denied Appellant a meaningful opportunity to challenge the ruling on appeal.

Federal Rule of Civil Procedure 52(a)(1) requires district courts to "find the facts specially and state its conclusions of law separately" in all actions tried without a jury where factual issues are resolved, or where the record is otherwise ambiguous. This requirement is especially important where, as here, the court blends jurisdictional and merits grounds, invokes sua sponte arguments, and references extrinsic materials without clearly applying Rule 12(d). Supporting authorities include:

- **Kaempe v. Myers**, 367 F.3d 958, 963 (D.C. Cir. 2004): Rule 52(a) applies when dismissal involves mixed law and fact or reliance on outside-the-pleadings material.

- **United States v. Estate of Stonehill**, 660 F.3d 415, 443–44 (9th Cir. 2011): Vacatur required where the district court failed to provide sufficient factual findings.

- **Steel Co. v. Citizens for a Better Env't**, 523 U.S. 83, 94 (1998): Courts must decide jurisdiction first and not bypass it to reach the merits—underscoring the need for clarity in the court's stated rationale.

Where the district court dismisses claims "with prejudice" despite asserting no jurisdiction, and where multiple counts are disposed without findings as to which Rule was applied, Rule 52 findings are not just recommended—they are required. The failure to issue them, and the decision to label a Rule 52(b) motion "moot," constitutes structural procedural error and raises due process concerns under *Logan v. Zimmerman Brush Co.*, 455 U.S. 422 (1982).

---

### III. Request for Preservation

Appellant respectfully requests that this notice be included in the appellate record to preserve:

1. The district court's failure to rule substantively on Appellant's Rule 52(b) motion (ECF No. 34);

2. The court's refusal to issue findings as required under Rule 52(a), despite entering a mixed merits/jurisdictional dismissal order reliant on extrinsic materials;

3. The objection to the court's use of the term "moot" to avoid compliance with Rule 52;

4. The argument that this failure has impaired meaningful appellate review, constitutes procedural error, and supports vacatur or remand.

Appellant further asserts that this defect contributes to a broader pattern of structural irregularities in the proceedings below, which are now preserved for appellate review.

Appellant reserves the right to further brief this issue on the merits and requests that the appellate panel treat this notice as an integral part of the preserved procedural record.

Appellant reserves the right to further brief this issue as part of the merits appeal.

## IV. Affirmation of Non-Waiver

For the avoidance of doubt, Appellant expressly affirms that no objection, motion, or structural challenge raised in the district court or in this appeal is waived by passage of time, docket inaction, or judicial silence. This includes all jurisdictional objections, Rule 12(d) violations, requests for factual and legal findings, and post-judgment motions that were dismissed or bypassed without proper adjudication. Appellant's Rule 52(b) motion (ECF No. 34) and all related objections remain live and fully preserved for review. No claim or position shall be deemed forfeited unless expressly withdrawn by Appellant on the record.

Respectfully Submitted,
*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
Dated:  April 14, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing document on all counsel of record via the Court's CM/ECF electronic filing system, including:

Sarah Hyser-Staub PA I.D. No. 315989  
Lauren Anthony, PA I.D. No. 324557  
100 Pine Street  
P.O. Box 1166  
Harrisburg, PA 17108-1166  
717-232-8000  
sstaub@mcneeslaw.com  
lanthony@mcneeslaw.com  
*Attorneys for Defendants*

Dated: April 14, 2025

Respectfully Submitted,
*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com