IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

MICHAEL MILLER,                          :
      Appellant,                      :
                                    :
v.                                       :    No. 25-1423
                                    :
COUNTY OF LANCASTER, *et al.*,           :
      Appellees.                      :

## **WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Lauren Anthony, Esquire of McNees Wallace & Nurick LLC as counsel for appellees County of Lancaster, Tammy Bender, Jacqueline Pfursich, Joshua Parsons, Ray D'Agostino, and Christa Miller in the above-captioned matter.  Appellees will continue to be represented by Sarah Hyser-Staub, Esquire and McNees Wallace & Nurick LLC.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By: _____
Sarah Hyser-Staub
Lauren Anthony
100 Pine Street
P.O. Box 1166
Harrisburg, PA  17108-1166
(717) 237-5473
sstaub@mcneeslaw.com
lanthony@mcneeslaw.com

*Counsel for Appellee County of Lancaster*

Date: March 30, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all parties through the Court's Electronic Case Filing System.

_____
Lauren Anthony

*Counsel for Appellee County of Lancaster*

Date: March 30, 2026